THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
RUPA GOSWAMI (SBN 200033)
Assistant United States Attorney
     1300 United States Courthouse
     312 North Spring Street
     Telephone:  (213) 894-5486
     Facsimile:  (213) 894-6436
rupa.goswami@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 08-1072-SVW |
| Plaintiff, | |
| v. | FINDINGS AND ORDER |
| BYRON PEREZ GONZALEZ, | |
| Defendant. | |

O R D E R

In accordance with the facts set forth in the parties' stipulation, the Court hereby ORDERS:

THAT for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence the time period of October 6, 2008 through and including January 29, 2009 should be deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(I) and (2)(8)(A) as the requested continuance is necessary for the consideration by the Court of a proposed plea agreement entered into and filed by the parties

1 and as the ends of justice served by granting this continuance
2 outweigh the best interest of the public, and the defendant in a
3 speedy trial, and the failure to grant such a continuance would
4 result in the miscarriage of justice.  Finally, the Court finds
5 that nothing in this stipulation and order shall preclude a
6 finding that other provisions of the Speedy Trial Act dictate
7 that additional time periods are excludable from the period
8 within which trial must commence and that the continuance is not
9 based on congestion of the Court's calendar, nor on the lack of
10 diligence on the part of the attorney for the government or the
11 defense, 18 U.S.C. § 3161(h)(8)(C).

12     THAT the change of plea and sentencing hearing in this
13 matter is scheduled for Monday, January 26, 2009 at 11 a.m.

14     IT IS SO FOUND AND ORDERED this <u>9th</u> day of December 2008.

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE